```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

**TRAVIS R. ROBERSON**                                              PLAINTIFF

       v.          Civil No. 11-5001

**TIM HELDER, Sheriff of**
**Washington County, Arkansas**                                     DEFENDANT

### O R D E R

Now on this 8th day of June, 2011, come on for consideration the parties' **Joint Motion To Remand To The Fayetteville District Court** (document #18) and the **Magistrate Judge's Report And Recommendation** (document #19), to which no objections have been made. The Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation**, plaintiff's Petition For Writ Of Habeas Corpus By A Person In State Custody is **granted.**

**IT IS FURTHER ORDERED** that the sentence imposed on plaintiff by the District Court of Fayetteville, Arkansas, is **vacated,** and the matter is **remanded to the District Court of Fayetteville, Arkansas** for re-sentencing within 120 days of the date of this

Order, failing which the charges against him shall be deemed dismissed with prejudice.

**IT IS SO ORDERED.**

>                                      **/s/ Jimm Larry Hendren**
>                                      **JIMM LARRY HENDREN**
>                                      **UNITED STATES DISTRICT JUDGE**